# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC ACUNA, a minor, by and through his guardian ad litem, ADRIANA ACUNA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 1:11-cv-00406 LJO JLT<br><br>ORDER GRANTING APPOINTMENT OF GUARDIAN AD LITEM<br><br>(Docs. 2, 7) |

On March 29, 2011, Adriana Acuna, the mother of the child-plaintiff, sought appointment as the boy's guardian ad litem.[1] (Doc. 7, at 2) In her motion, Ms. Acuna reports that she has no interest adverse to the child wishes the appointment in order to pursue the child's litigation. Id. at 2.

GOOD CAUSE APPEARING, the motion for appointment as the guardian litem of Adriana Acuna is GRANTED.

IT IS SO ORDERED.

Dated:  **March 30, 2011**                         /s/ Jennifer L. Thurston
                                               UNITED STATES MAGISTRATE JUDGE

---

[1] Ms. Acuna first sought this appointment on March 9, 2011. (Doc. 2) It appears that Ms. Acuna failed to sign this first application and before the Court ruled on her request, she filed the instant motion. (Doc. 7)