# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC ACUNA, a minor, by and through his guardian ad litem, ADRIANA ACUNA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No.: 1:11-cv-00406 LJO JLT<br><br>ORDER RE BRIEFING SCHEDULING ON PLAINTIFF'S REQUEST FOR A JURY TRIAL |

On June 22, 2011, the Court held the scheduling conference in this matter. At that time, the parties were in disagreement whether Plaintiff was entitled to a jury trial. Therefore, the Court ordered a court trial but permitted Plaintiff the opportunity to demonstrate that a jury trial was permitted. The parties agreed to the following deadlines for briefing of the issue:

| | |
|---|---|
| Plaintiff's Opening Brief: | To be filed no later than July 22, 2011 |
| Defendant's Opposing Brief: | To be filed no later than August 16, 2011 |
| Reply, if any: | To be filed no later than August 22, 2011 |

Plaintiff's counsel agreed his failure to file a brief by the imposed deadline would waive Plaintiff's request for a jury trial.

///

1

1     After the briefs are received, the Court will determine whether oral argument is needed.

3 IT IS SO ORDERED.

4 Dated: **June 23, 2011**                                   **/s/ Jennifer L. Thurston**
                                                                        UNITED STATES MAGISTRATE JUDGE