BENJAMIN B. WAGNER
United States Attorney
JASON EHRLINSPIEL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2743
Facsimile:  (916) 554-2900

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC ACUNA, a minor by and through his guardian ad litem, ADRIANA ACUNA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO.:1:11-cv-00406 LJO-JLT<br><br>**REVISED STIPULATION AND ORDER TO EXTEND EXPERT DESIGNATION AND EXPERT DISCOVERY DEADLINES** |

COMES NOW THE PARTIES by and through their respective attorneys and subject to the approval of this Court, hereby agree to and respectfully request the below modifications to this Court's Amended Status (Pretrial Scheduling) Order. Docket Entry ("DE") 13.  The United States initiated the request for an extension of the expert designation and discovery deadlines and Plaintiff agreed to the United States' proposal.  As set forth in the Declaration of Assistant United States Attorney Jason Ehrlinspiel attached as Exhibit "A," this request is made for good cause and not for delay.  This stipulation will not affect any of other deadlines.

////

////

**STIPULATION TO EXTEND EXPERT DESIGNATION AND DISCOVERY**

1. The parties' deadline to designate expert witnesses is moved from January 9, 2012 to **March 15, 2012**;
2. The parties' deadline to designate supplemental experts is moved from February 3, 2012 to **April 7, 2012**.
3. The parties' deadline for the completion of expert discovery is moved from February 20, 2012 to **May 6, 2012**.

**IT IS SO STIPULATED.**

                    Respectfully submitted,

                    BENJAMIN B. WAGNER
United States Attorney

Dated: December 29, 2011      By:   */s/ Jason Ehrlinspiel*
                    JASON EHRLINSPIEL
Assistant U.S. Attorney

                    Attorneys for Defendant

Dated: December 29, 2011      Law Offices of Bruce G. Fagel & Associates

                    By:   */s/Bruce G. Fagel*
                    BRUCE G. FAGEL

                    Attorneys for Plaintiff

### ORDER

**After considering the declaration of Mr. Ehrlinspiel and the stipulation of counsel, the Court finds good cause to GRANT the stipulation to amend the scheduling order, as follows:**

1. Joint expert witness disclosure shall occur no later than 3/15/12;
**2.** Rebuttal expert witness disclosure shall occur no later than 4/6/12;
**3.** Expert discovery shall be completed by 5/4/12;
**4.** Nondispositive motions shall be filed no later than 5/4/12;

///

///

**STIPULATION TO EXTEND EXPERT DESIGNATION AND DISCOVERY**

**5.**   Nondispositive motions shall be heard no later than 6/1/12.

IT IS SO ORDERED.

Dated:   **December 29, 2011**          **/s/ Jennifer L. Thurston**
                                                                   UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO EXTEND EXPERT DESIGNATION AND DISCOVERY**