**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISAAC ACUNA, a minor by and through his guardian ad litem, ADRIANA ACUNA, et al., | CASE NO. CV F 11-0406 LJO JLT |
| Plaintiffs, | **ORDER TO STRIKE UNTIMELY SUMMARY JUDGMENT MOTION** (Doc. 27.) |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The June 23, 2011 scheduling order set a June 8, 2012 deadline to file summary judgment motions. No extension of the deadline was granted. Plaintiffs disobeyed the scheduling order and filed, on July 11, 2012, more than four weeks after the deadline, their summary judgment motion on liability of plaintiffs' claims. Plaintiffs further disobeyed Local Rule 230(b) by attempting to set a summary judgment hearing on July 25, 2012, without providing 28 days notice.

This Court will not tolerate such blatant disobedience of its orders and Local Rules. This Court STRIKES the summary judgment motion (doc. 27) and VACATES the July 25, 2012 hearing. Defendant need not respond to the summary judgment motion, and this Court will take no further action on it.

This Court ORDERS the parties' counsel, no later than August 28, 2012, to meet and confer meaningfully on the issue of defendants' liability and whether defendant concedes liability and

1 challenges only damages. The parties' shall state in their joint pretrial statement whether agreement has
2 been reached on liability issues and delineate precise issues to be tried.
3     Failure to comply with this order may be grounds for the imposition of sanctions on counsel or
4 parties who contributed to violation of this order. This Court ADMONISHES the parties and counsel
5 that they are required to obey the Federal Rules of Civil Procedure and this Court's Local Rules and
6 orders and are subject to sanctions as this Court deems appropriate.

11     IT IS SO ORDERED.

12 **Dated:   July 12, 2012**             /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE