BENJAMIN B. WAGNER
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
Eastern District of California
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC ACUNA, a minor, by and through his his Guardian ad Litem, ADRIANA ACUNA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:11-CV-00406 LJO-JLT<br><br>**STIPULATION AND ORDER TO CONTINUE PRETRIAL CONFERENCE AND TRIAL TO ALLOW PARTIES TO COMPLETE SETTLEMENT** |

      The parties to this action, by their undersigned attorneys of record, stipulate and request that the Court continue the pretrial conference and trial dates in this action in order to allow the parties to consummate their settlement.  In support of this request, the parties the parties jointly declare as follows:

      1.      This is an action for medical malpractice in which Plaintiff, Issac Acuna, a minor suing through his guardian ad litem, alleges that Clinica Sierra Vista ("CSV"), a community health center under the Federally Supported Health Centers Assistance Act, 42 U.S.C. § 233(g)-(n), and its employees provided negligent prenatal care which resulted in a traumatic brain injury.  Plaintiff asserts, among other things, that CSV employees failed to recognize Adriana Acuna's history of thrombocytopenic newborns and failed to diagnose and treat neonatal alloimmune thrombocytopenia, resulting in a

massive intracranial hemorrhage that left Plaintiff with significant cognitive deficits.  Plaintiff will require daily attendant care for the remainder of his life.

2. On August 22, 2012, the parties reached agreement upon the terms and conditions of settlement of all claims in this action, subject to state and federal court approval and final approval by the Attorney General or his designee.  The total settlement amount is $4,800,000, with $2,000,000 to be paid in upfront cash and $2,800,000 to purchase installment refund annuity contracts paying $4,535.65 monthly for the life of Isaac Acuna, increasing at 3 percent compounded annually after the first year of payments.

3. In order to consummate the settlement, the parties will be required to complete a number of steps.  First, Plaintiff's counsel will file petitions with the Probate Court in Kern County, where the Plaintiff resides, to establish a special needs trust and for approval of the compromise on behalf of Plaintiff and his minor siblings.  Plaintiff's counsel is preparing those petitions and intends to file them within the next ten days.  Under Rule 8.13 of the Local Rules of Court for the Superior Court, County of Kern, hearing dates on those petitions will be assigned by the Court at the time the petitions are submitted.  Plaintiff's counsel anticipates that a hearing on Plaintiff's state court petitions will be held by mid-October 2012.

4. Following approval by the state court, Plaintiff will file in this Court a copy of the Probate Court orders and all supporting documents filed in connection therewith pursuant to this Court's Local Rule 202(b)(1), which provides that this Court may either approve the settlement or compromise without hearing or calendar the matter for hearing.

5. Upon approval of the settlement by this Court, the United States Attorney will seek final approval and authorization to consummate the settlement from the Attorney General or his designee, and upon receipt of such authorization will request that the Health Resources and Services Administration, Department of Health and Human Services, fund the settlement by transfer of funds to the annuity broker.  The parties anticipate that this settlement will be completed, and the matter dismissed with prejudice, by mid-December 2012.

STIPULATION AND PROPOSED ORDER TO CONTINUE PRETRIAL CONFERENCE AND TRIAL

6. This case is set for pretrial conference on September 12, 2012, and trial commencing on October 29, 2012. Due to the complexity of this settlement and the steps reasonably necessary to carry out its terms, and in order to avoid the unnecessary expenditure of time and resources by the parties and the Court, the parties respectfully request that the pretrial conference be continued to January 16, 2013, and the trial continued to February 25, 2013.

Respectfully submitted,

Dated: August 24, 2012                BENJAMIN B. WAGNER
                                      United States Attorney


                                By:   /s/ Benjamin E. Hall
                                      Benjamin E. Hall
                                      Assistant U.S. Attorney
                                      Attorneys for Defendant

Dated: August 24, 2012                LAW OFFICES OF BRUCE G. FAGEL
                                      & ASSOCIATES

                                      [Authorized 8/24/12]

                                By:   /s/ Bruce G. Fagel
                                      Bruce G. Fagel, Esq.
                                      Attorneys for Plaintiffs


## **ORDER**

Good Cause has been stated. Granted.

IT IS SO ORDERED.

   Dated:   **August 27, 2012**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER TO CONTINUE PRETRIAL CONFERENCE AND TRIAL

3