UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.A., by and through his guardian ad litem, ADRIANA ACUNA,<br><br>          Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br><br>          Defendant. | Case No.: 1:11-cv-00406 - LJO - JLT<br><br>ORDER WITHDRAWING THE FINDINGS AND RECOMMENDATIONS GRANTING IN PART PLAINTIFF'S MOTION TO APPROVE SETTLEMENT DATED NOVEMBER 28, 2012<br><br>(Doc. 36) |

The plaintiff ("I.A.") is a minor appearing in this proceeding by and through his guardian ad litem ("GAL") Adriana Acuna, who has requested approval of the settlement agreement with the Government. (Doc. 32). On November 28, 2012, the Court issued Findings and Recommendations granting Plaintiff's motion to approve settlement in part. (Doc. 36). Plaintiff filed timely objections on November 29, 2012. (Doc. 37). Based upon review of the arguments presented, the Court's Findings and Recommendations dated November 28, 2012 (Doc. 36) are **WITHDRAWN**.

IT IS SO ORDERED.

Dated: **November 30, 2012**          /s/ Jennifer L. Thurston
                                                    UNITED STATES MAGISTRATE JUDGE

1