BENJAMIN B. WAGNER
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
Eastern District of California
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.A., by and through his guardian ad litem, ADRIANA ACUNA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendant. | Case No. 1:11-CV-00406-LJO-JLT<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR FILING DISMISSAL OF ACTION** |

By Order dated December 12, 2012 (ECF No. 42), the Court adopted the amended findings and recommendations granting in part Plaintiff's motion for approval of the settlement in this action.  The Court further ordered that the parties dismiss this action in its entirety by January 18, 2013.  Following the Court's approval, the United States Attorney's Office obtained authorization from the Attorney General's designee to consummate the settlement, and the settlement funds were transferred from the United States Treasury to the designated annuity broker on January 14, 2013.  The parties now stipulate and agree, and respectfully request that the Court order, that the deadline for dismissal be extended by five (5) business days, to January 28, 2013, in order to allow for final disbursement of the settlement funds and dismissal of this action with prejudice.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated:  January 18, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
|   | By:   /s/ Benjamin E. Hall<br>Benjamin E. Hall<br>Assistant U.S. Attorney<br>Attorneys for Defendant |
| Dated:  January 18, 2013 | LAW OFFICES OF BRUCE G. FAGEL<br>& ASSOCIATES |
|   | [Authorized 1/18/13] |
|   | By:   /s/ Bruce G. Fagel<br>Bruce G. Fagel, Esq.<br>Attorneys for Plaintiff |

## **ORDER**

Good cause shown, the Court hereby ORDERS the parties, no later than January 28, 2013, to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

IT IS SO ORDERED.

Dated:  **January 18, 2013**     **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND TIME FOR FILING DISMISSAL

2