BENJAMIN B. WAGNER
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
Eastern District of California
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.A., by and through his guardian ad litem, ADRIANA ACUNA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:11-CV-00406-LJO-JLT<br><br>**STIPULATION FOR DISMISSAL OF ACTION** |

The parties to this action stipulate and agree that the above-captioned action is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, with each party to bear its own costs, expenses and attorneys' fees.

                                              Respectfully submitted,

Dated:  January 28, 2013                    BENJAMIN B. WAGNER
                                             United States Attorney

                                By:    /s/ Benjamin E. Hall
                                             Benjamin E. Hall
                                             Assistant U.S. Attorney
                                             Attorneys for Defendant

Dated:  January 28, 2013             LAW OFFICES OF BRUCE G. FAGEL
                                     & ASSOCIATES

                                     [Authorized January 25, 2013]

                           By:       /s/ Bruce G. Fagel
                                     Bruce G. Fagel, Esq.
                                     Attorneys for Plaintiff

STIPULATION FOR DISMISSAL OF ACTION

2