# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.A., by and through his guardian ad litem, ADRIANA ACUNA,<br><br>  Plaintiff,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. / | CASE NO. CV F 11-0406 LJO JLT<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 45.) |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action and all claims;
2. VACATES all pending dates and matters; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:  **January 29, 2013**          /s/  **Lawrence J. O'Neill**
                                                              UNITED STATES DISTRICT JUDGE