# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.A., by and through his guardian ad litem, ADRIANA ACUNA,<br><br>    Plaintiff,<br><br> vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____/ | CASE NO. CV F 11-0406 LJO JLT<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 45.) |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action and all claims;

2. VACATES all pending dates and matters; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated: January 29, 2013**   /s/ Lawrence J. O'Neill
                 UNITED STATES DISTRICT JUDGE

1